# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Norry Denisse Otero-Baez,**
**Plaintiff**

    v.

**South Caribbean Financial Services Corp.,**
**Defendant**

**Civil No. 22-1416 (ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued an Order on January 13, 2023.

Therefore, pursuant to the Court's Order, judgment is hereby entered. In accordance with the Court's order at ECF No. 17 and pursuant to the parties' request, this case is hereby **DISMISSED WITH PREJUDICE** and without the imposition of costs and attorney's fees.

**IT IS SO ORDERED AND ADJUDGED,**

In San Juan, Puerto Rico, on this 13th day of January 2023.

                AGNES L. FERRER-AUFFANT, ESQ.
                Acting Clerk of Court

                By: S/Génesis Y. Rivera-Soto
                Génesis Y. Rivera-Soto, Deputy Clerk